RECEIVED
SEP 2 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRESTON G. DEMOUCHET, JR., Petitioner | CIVIL ACTION NO. 1:17-CV-600-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| STATE OF LOUISIANA, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), and after a de novo review of the record including the objection filed by Petitioner (Doc. 11), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is DISMISSED without prejudice to filing when/if the appellate court grants authorization. IT IS FURTHER ORDERED that the Rule 60(b) motion (Doc. 3) is hereby DENIED as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE